Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
140 Corporate Boulevard
Norfolk, VA 23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)
Attorney for Defendant
Portfolio Recovery Associates, LLC

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLE, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Case No. 1:15-CV-01800-LJO-SKO <br><br> **DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF RELATED CASE** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to Local Rule 123, Defendant files this Notice of Related Case and regarding the following two cases, states as follows:

*Michael Tolle v. Portfolio Recovery Associates, LLC*

Civil Action No. 1:15-cv-01797-BAM

*Michael Tolle v. Portfolio Recovery Associates, LLC*

Civil Action No. 1:15-cv-01800-LJO-SKO

1. Plaintiff Michael Tolle instituted an action in the against Defendant in the Fresno County Superior Court on October 21, 2015, alleging violations of the Fair Debt Collection Practices Act ("FDCPA").

2. Plaintiff Michael Tolle instituted a second action against Defendant in the Fresno County Superior Court on November 6, 2015, also alleging violations of the Fair Debt Collection Practices Act ("FDCPA").

3. Both of these actions were removed to this Court by Defendant on December 1, 2015.

4. Both of these actions arise from the same or a closely related transaction, happening, or event.

5. Both of these actions call for determination of the same or substantially related or similar questions of law and fact.

6. Assignment of these cases to the same Judge or Magistrate Judge is proper and would effect a substantial savings of judicial effort and duplication of labor.

WHEREFORE, Defendant respectfully requests above cases presently pending before this Court be transferred to the same judge.

///
///
///
///

| | |
|---|---|
| Dated:  December 8, 2015 | Respectfully submitted, |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC |
| | |
| | */s/ Nathan A. Searles* |
| | Nathan A. Searles (SBN 234315) |
| | NASearles@portfoliorecovery.com |
| | PRA Group |
| | 140 Corporate Boulevard |
| | Norfolk, VA  23502 |
| | (757) 519-9300, Ext 13206 |
| | (757) 321-2518 (fax) |
| | |
| | Attorney for Defendant |
| | Portfolio Recovery Associates, LLC |

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On December 8, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

**Defendant Portfolio Recovery Associates, LLC's Notice of Related Case**

☒ Via Overnight Mail to:

Michael Tolle
402 E. Seagull Court
Fresno, CA 93730

I am readily familiar with the company's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service/UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 8, 2015, at Norfolk, Virginia.

*Sonia Gomez*
Sonia Gomez, Paralegal